**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

PETER UBALDI,

Plaintiff,

-against-

ZWICKER & ASSOCIATES, P.C.
.

Defendant.

Civil Case No.: 2:15-cv-06104-KM-MAH

**NOTICE OF VOLUNTARY**
**DISMISSAL**
**WITH PREJUDICE**

**PLEASE TAKE NOTICE** that the Plaintiff through his attorney, Joseph K, Jones, Esq., pursuant to Rule 41 of the Federal Rules of Civil Procedure, does hereby withdraw his action with prejudice against ZWICKER & ASSOCIATES, P.C., This Court will retain jurisdiction for the purpose of enforcing the terms of the settlement agreement of the parties.

Dated: August 31, 2016

*/s/ Joseph K. Jones*
JONES, WOLF & KAPASI, LLC
Joseph K. Jones, Esq.
375 Passaic Avenue, Suite 100
Fairfield, New Jersey 07004
(973) 227-5900 telephone
(973) 244-0019 facsimile

*Attorneys for Plaintiff*